## THIRD DEPARTMENT, APRIL, 1936.

In the Matter of the Claim of JOSEPH LEENHOUTS, Respondent, against SHELL EASTERN PETROLEUM PRODUCTS, INC., and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, on the ground that the complete stenographic minutes have never been supplied to the appellants. If this case was decided, as appellants assert, without consideration of the entire record by the referee or the Industrial Board, then and in that event it seems to the court that a determination should be made on the merits after consideration of all the evidence. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MAXWELL LEVY, Appellant, against WORLD-TELE-GRAM and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

HAROLD CHARLES SCHAEFER, by His Guardian ad Litem CHARLES SCHAEFER, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 22338.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of MAURICE MINTON for a Certiorari Order against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. . Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

BESSIE GOLDSTEIN, Appellant, v. JOSEPH GRUNIN and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of EDWARD DUNCAN, Respondent, against GEORGE WALSH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of DOMINICK VINCIGUERRA, Respondent, against VINCI ROSE CORP. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of OLIVE E. ADAMS, Respondent, against DAD'S COOKIE Co. and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of WILHELMINA PREUSS, Respondent, against STERN BROS. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.